# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

CHARITY M BARLOW ,                          )
                                            )
                        Plaintiff,          )
                                            )
v.                                          )          No. 04-5101-CV-SW-DW
                                            )
JO ANNE B BARNHART,                         )
Commissioner of the Social Security Administration,    )
                                            )
                        Defendant.          )

## ORDER

On November 8, 2004, this Court entered an Order denying Plaintiff's motion to proceed

in forma pauperis. (Doc. 2).  Plaintiff has subsequently failed to take any action on this case.  The

Court hereby ORDERS that this case be DISMISSED for failure to prosecute. See Fed. R. Civ.

Proc. 41.  The Clerk of the Court shall mark this case as closed.


IT IS SO ORDERED.



Date:   October 4, 2006                                    /s/ DEAN WHIPPLE
                                                           Dean Whipple
                                                           United States District Court